**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1997**

─────────────

TEXAS THOMAS DAVIS, JR.,

        Plaintiff - Appellant,

    v.

COMMONWEALTH OF VIRGINIA DEPARTMENT OF MOTOR VEHICLES,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:24-cv-00134-JKW-DEM)

─────────────

Submitted:  January 23, 2025                  Decided:  January 27, 2025

─────────────

Before WILKINSON, WYNN and THACKER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Texas Thomas Davis, Jr., Appellant Pro Se.  Janet Westbrook Baugh, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Texas Thomas Davis, Jr., appeals the district court's order dismissing his complaint without prejudice. Davis submitted an application to proceed in forma pauperis but he failed to sign the application. The district court therefore denied the application but allowed Davis to submit a completed application or pay the filing fee. Davis failed to do either. The district court therefore did not abuse its discretion in dismissing the complaint. Accordingly, we affirm the district court's order dismissing Davis's complaint without prejudice.[*] *Davis v. Va. Dep't of Motor Vehicles*, No. 2:24-cv-00134-JKW-DEM (E.D. Va., Sept. 20, 2024).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because the district court dismissed Davis's complaint without prejudice, Davis may refile his lawsuit if he chooses, provided that he submits a complete application to proceed in forma pauperis that includes his signature.